PATRICK J. CAIN (SBN 105331)
THEODORE H. DOKKO (SBN 263830)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone:  213 358-7200
Facsimile: 213-358-7300
Email:  pcain@sgrlaw.com
tdokko@sgrlaw.com

Attorneys for Defendants
SOLIANT HEALTH, LLC, and
SOLIANT PHYSICIAN STAFFING, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| PHILLIP JOHNSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOLIANT HEALTH, INC.; SOLIANT PHYSICIAN STAFFING, LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02474-KJM-DB<br><br>(San Joaquin County Superior Court Case No.: STK-CV-VOE-2020-0004388)<br><br>STIPULATION AND ORDER RE: REDACTION TO ANSWER EXHIBIT |

### STIPULATION

Plaintiff Phillip Johnson, on the one hand, and defendants Soliant Health, Inc., and Soliant Physician Staffing, LLC, on the other hand, acting by and through their counsel of record, stipulate and agree as follows:

1. Defendants' answer filed in state court included an Exhibit A which inadvertently disclosed personal identifying information of plaintiff.

2. The parties stipulate and agree that the current Exhibit A to defendants' answer may and should be removed, and the attached redacted Exhibit A inserted in its place.

DATED: February 2, 2021            SMITH, GAMBRELL & RUSSELL, LLP

By:   */s/ Patrick J. Cain*
　　　Patrick J. Cain
　　　Theodore H. Dokko
　　　Attorneys for SOLIANT HEALTH, INC., AND SOLIANT PHYSICIAN STAFFING, LLC

DATED: February 2, 2021            SHAKOURI LAW FIRM

By:   */s/ Ashkan Shakouri*
　　　Ashkan Shakouri
　　　Attorneys for PHILLIP JOHNSON

## ORDER

Based on the foregoing stipulation, ECF No. 6, and good cause appearing, the clerk is directed to remove the current Exhibit A, ECF No. 1-3, to defendants' answer and replace it with the attached redacted Exhibit A. This order resolves ECF No. 6.

DATED:  February 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE