PATRICK J. CAIN (SBN 105331)
THEODORE H. DOKKO (SBN 263830)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213 358-7200
Facsimile: 213-358-7300
Email: pcain@sgrlaw.com
tdokko@sgrlaw.com

Attorneys for Defendants
SOLIANT HEALTH, LLC, and
SOLIANT PHYSICIAN STAFFING, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO

| | |
|---|---|
| PHILLIP JOHNSON, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOLIANT HEALTH, INC.; SOLIANT PHYSICIAN STAFFING, LLC; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:20-CV-02474-KJM-DB <br><br> (San Joaquin County Superior Court Case No.: STK-CV-VOE-2020-0004388) <br><br> STIPULATION AND ORDER FOR ARBITRATION |

1
STIPULATION AND ORDER FOR ARBITRATION

SGR/24194316.1

## STIPULATION

Plaintiff Phillip Johnson, on the one hand, and defendants Soliant Health, Inc., and Soliant Physician Staffing, LLC, on the other hand, acting by and through their counsel of record, stipulate and agree as follows:

1. This matter may be submitted to binding arbitration with the American Arbitration Association pursuant to its employment arbitration rules.

2. The parties further stipulate and agree that this action may be dismissed without prejudice.

3. Commencing on the date this action was filed in the state court (i.e., May 28, 2020), and ending on the date 30 days after the Court enters the dismissal of this action (the "Tolling Period"), the Parties agree that the applicable statute of limitations for the claims identified in this action are tolled.  The Parties agree during the Tolling Period to toll all statutes of limitations, statutes of repose, equitable defenses of laches, and all other time-related bars and defenses that may apply to Plaintiff's claims identified in this action.

DATED: February 8, 2021        SMITH, GAMBRELL & RUSSELL, LLP

By:    */s/ Patrick J. Cain*
Patrick J. Cain
Theodore H. Dokko
Attorneys for SOLIANT HEALTH, INC., AND SOLIANT PHYSICIAN STAFFING, LLC

DATED: February 8, 2021        SHAKOURI LAW FIRM

By:    */s/ Ashkan Shakouri*
Ashkan Shakouri
Attorneys for PHILLIP JOHNSON

## ORDER

Based on the foregoing stipulation, and good cause appearing therefor, plaintiff Phillip Johnson's claims shall be submitted to arbitration with the American Arbitration Association pursuant to its employment arbitration rules, and the matter is hereby dismissed, without prejudice. Further, commencing on the date this action was filed in the state court (i.e., May 28, 2020), and ending on the date 30 days after entry of this order (the "Tolling Period"), the applicable statute of limitations for the claims identified in this action are tolled, including statutes of repose, equitable defenses of laches, and all other time-related bars and defenses that may apply to Plaintiff's claims identified in this action.

At Sacramento, California, this 17th day of February 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE